IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARIO KEITH VANPELT
ADC # 119581                                                                                          PLAINTIFF

v.                                        No. 5:12-cv-00293 KGB

B. LOVE, et al.                                                                                      DEFENDANTS

## ORDER

A Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Vanpelt's claims are dismissed, without prejudice. The Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and not taken in good faith.

SO ORDERED this 17 day of September, 2012.

_____
Kristine G. Baker
United States District Judge