IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARIO KEITH VANPELT
ADC # 119581                                                                                           PLAINTIFF

v.                                        No. 5:12-cv-00293 KGB

B. LOVE, et al.                                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed.

SO ORDERED this 17 day of September, 2012.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge