**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MARIO KEITH VANPELT**
**ADC # 119581**                                                                                **PLAINTIFF**

**v.**                                              **No. 5:12-cv-00293 KGB**

**B. LOVE, et al.**                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this day, it is considered, ordered, and adjudged

that this case is hereby dismissed.

SO ORDERED this ⎽17⎽ day of September, 2012.


_____
Kristine G. Baker
United States District Judge